John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Attorney for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SEMERJIAN, NABIL NAHLAH, TILL FREEMAN, and MARKO CIKLIC, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>STEVE GENTILE, GIOVANNI PERONE, JUSTIN FRENCH, KIMBERLY KARDASHIAN, FLOYD MAYWEATHER, JR., PAUL PIERCE, DEFENDANT "X", and JOHN DOES 1-10,<br><br>     Defendants. | Case No. _____<br><br>**DECLARATION REGARDING PROPER VENUE PURSUANT TO CAL. CIVIL CODE §1780(d)** |

I, John T. Jasnoch, declare as follows:

1.  I am an attorney with Scott+Scott Attorneys at Law LLP and I represent Plaintiffs Jonathan Semerjian, Nabil Nahlah, Till Freeman, and Marko Ciklic in the above-entitled action.  This declaration is submitted pursuant to C.C.P. §1780(d).

2.  Venue for this action is proper in the County of Los Angeles because Defendants are doing business in this County, and a substantial portion of the

transactions at issue in the Complaint took place, and are taking place, in this County. Furthermore, some of the Defendants live and/or conduct business in the County of Los Angeles.

3.     Venue is therefore proper in the County of Los Angeles pursuant to C.C.P. §1780(d).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 19, 2022, at San Diego, California.

<u>s/ *John T. Jasnoch*</u>
John T. Jasnoch

DECLARATION REGARDING PROPER VENUE PURSUANT TO CAL. CIVIL CODE §1780(d)