| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| **John T. Jasnoch (CA 281605)**<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>**600 W. Broadway, Suite 3300**<br>**San Diego, CA 92101**<br>**Tel.: 619-233-4565**<br>**jjasnoch@scott-scott.com** | |
| ATTORNEY(S) FOR: **Plaintiffs** | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **Jonathan Semerjian, Nabil Nahlah, Till Freeman, and Marko Ciklic,**<br><br>Plaintiff(s),<br>v.<br>**Steve Gentile, Giovanni Perone, Justin French, Kimberly Kardashian, Floyd Mayweather, Jr., Paul Pierce, Defendant "X", and John Does 1-10,**<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   **Plaintiffs Jonathan Semerjian, Nabil Nahlah, Till Freeman, and Marko Ciklic** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonathan Semerjian | **Plaintiff** |
| Nabil Nahlah | **Plaintiff** |
| Till Freeman | **Plaintiff** |
| Marko Ciklic | **Plaintiff** |
| Steve Gentile | **Defendant** |
| Giovanni Perone | **Defendant** |
| Justin French | **Defendant** |
| Kimberly Kardashian | **Defendant** |
| Floyd Mayweather, Jr. | **Defendant** |
| Paul Pierce | **Defendant** |
| Defendant "X" | **Defendant** |
| John Does 1-10 | **Defendants** |

| **January 19, 2022** | **s/ John T. Jasnoch** |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

**Plaintiffs**