# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN SEMERJIAN , et al.

PLAINTIFF(S)

v.

STEVE GENTILE , et al.

DEFENDANT(S).

CASE NUMBER:

2:22−cv−00400−PA−JEM

**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/19/2022 | 3 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

The date and signature line must be left blank.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: January 19, 2022

By:  /s/ *Luz Hernandez*
 luz_hernandez@cacd.uscourts.gov
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −