# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Semerjian, et al., | **CASE NUMBER** |
| PLAINTIFF(S) | 2:22-cv-00400 PA (JEMx) |
| v. | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| Steve Gentile, et al., | |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

January 21, 2022                                           Michael W. Fitzgerald  /s/ Michael W. Fitzgerald
Date                                                                 United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                           _____
Date                                                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:22-cv-00163 MWF(SKx)__ and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __McDermott__ to Magistrate Judge __Kim__.

On all documents subsequently filed in this case, please substitute the initials __MWF(SKx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:22-cv-00400 MWF(SKx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge    [ ] Statistics Clerk

CV-34 (03/21)                        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)