NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
COOLEY LLP
3 Embarcadero Center, 20th floor
San Francisco, CA   94111-4004
415-693-2000
415-693-2222

ATTORNEY(S) FOR: Defendant Kim Kardashian West

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN SEMERJIAN, et al.

Plaintiff(s),

v.

STEVE GENTILE, et al.

Defendant(s)

CASE NUMBER:
2:22-cv-00400-MFW-SK

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Kim Kardashian West
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonathan Semerjian | Plaintiff |
| Nabil Nahlah | Plaintiff |
| Till Freeman | Plaintiff |
| Marko Ciklic | Plaintiff |
| Steve Gentile | Defendant |
| Giovanni Perone | Defendant |
| Justin French | Defendant |
| Kimberly Kardashian | Defendant |
| Floyd Mayweather, Jr. | Defendant |
| Paul Pierce | Defendant |

2/16/2022
Date

/s/ Michael G. Rhodes
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Kim Kardashian West

